IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

REN JUDKINS,                      )
        Plaintiff,                )
                                  )
        v.                        )  Civil Action No. 07-693
                                  )
HT WINDOW FASHIONS CORP.,         )
        Defendant.                )

ORDER

AND NOW, this 29TH day of May, 2007, IT IS HEREBY ORDERED that the parties shall proceed as follows:

1. Civil Action No. 07-693 is consolidated with Civil Action No. 07-251, the lead case captioned above.

2. All pleadings, motions, and other papers hereafter filed shall be filed at Civil Action No. 07-251.

3. The Clerk of Court shall close Civil Action No. 07-693.

BY THE COURT:

_____, J.

cc: All Parties of Record