IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

REN JUDKINS,

    Plaintiff,

v.

HT WINDOW FASHIONS CORP.,
a California corporation,

    Defendant.

Case No. 2:07-cv-00251-GLL

Judge Gary L Lancaster

**Jury Trial Demanded**

## ORDER

AND now, this 16th day of March, 2009, upon consideration of Plaintiff's Joint Motion to Modify Final Scheduling Order it is hereby ORDERED that said Motion is GRANTED. The dates set in the Final Scheduling Order for the filing of proposed points for charge, proposed voir dire, motions in limine, as well as the dates for the Pretrial Conference and Jury Selection and Trial, are vacated and will be reset after the pending motions for summary judgment are decided.

U.S. District Judge Gary L. Lancaster