IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REN JUDKINS, <br>     Plaintiff, <br><br> v. <br><br> HT WINDOW FASHIONS, CORP., <br>     Defendants. | ) <br> ) <br> ) <br> ) Civil Action No. 07-251 <br> ) <br> ) <br> ) |

**ORDER**

AND NOW, this 2nd day of ~~October~~ Nov, 2009, based upon the parties' representation that trial in the instant matter shall be completed within eight (8) trial days total, IT IS HEREBY ORDERED that the jury trial in the above captioned case shall proceed as follows:

    1. A standard trial day shall consist of five (5) hours. Therefore, the trial in this case shall be completed within 40 hours of trial time. In this case, each side will have **20** hours to present their case to the jury. This total represents <u>ALL</u> trial time, including cross examination, sidebars, and opening and closing statements. The court clerk will keep track of the parties' expended trial time. At the close of each court day, counsel should consult the clerk for that day's total time used. It is in the parties' best interest to also keep track of the time. Any discrepancies should be indicated to the court clerk at that time. <u>The decision of the court clerk is final</u>.

2. For scheduling and planning purposes, the parties are advised that there will be no trial on the following dates:

Wednesday, November 4, 2009;

Friday, November 6, 2009;

Wednesday, November 11, 2009, and;

Friday, November 13, 2009.

BY THE COURT:

_____
Hon. Gary L. Lancaster,
Chief United States District Judge