AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF PENNSYLVANIA

REN JUDKINS

V.

HT WINDOW FASHIONS CORP.

**JUDGMENT IN A CIVIL CASE**

Case Number: C.A. No. 07-251

X **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED that judgment be, and hereby is, entered in favor of plaintiff, Ren Judkins, and against defendant, HT Window Fashions Corp., in the amount of $154,776.04.

_____
Gary L. Lancaster, Chief U.S. District Judge

NOVEMBER 18, 2009
Date

Robert V. Barth, Jr., Clerk of Court
Clerk

_____
(By) Deputy Clerk