IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REN JUDKINS, <br>     Plaintiff, <br> <br> v. <br> <br> HT WINDOW FASHIONS CORP., <br>     Defendant. | ) <br> ) <br> ) <br> )   Civil Action No.  07-0251 <br> ) <br> ) <br> ) |

ORDER FOR PERMANENT INJUNCTION

AND NOW, this 30th day of March, 2010, upon consideration of the four factors predicate to the granting of injunctive relief, all of which weigh in favor of granting injunctive relief, IT IS HEREBY ORDERED as follows:

> That the reasoning and discussion set forth in detail in this court's memorandum of this same date are hereby incorporated as the basis for entry of the instant permanent injunction;
>
> That defendant HT Window Fashions Corp., its officers, agents, servants, employees, affiliates, successors, and assigns (collectively, "HT"), and any and all persons acting in concert or participation with them are hereby enjoined from further infringement of United States Patent Number 7,182,120;
>
> That HT is enjoined from making, importing, selling, offering to sell, or otherwise using its Polaris brand double-celled honeycomb window blind, whether

>  in the form of cellular fabric only or in the form of a completed window blind, as it existed at the time of trial;
>
> That HT is directed to deliver to Judkins, or his designee, within 30 days of the date of the entry of this order on the docket all Polaris double cell fabric, products, brochures, catalogues, price books, samples, or other materials. To the extent HT's customers, sales staff, or distributors are currently in possession of such materials, HT is directed to recall such materials from them and produce them to Judkins as directed immediately above.
>
> That HT is directed to remove all advertisements or other materials related to its Polaris double celled product from its website.

BY THE COURT,

_____ C.J.

cc:   All Counsel of Record