NOTE: This disposition is nonprecedential

# United States Court of Appeals for the Federal Circuit

---

REN JUDKINS,
*Plaintiff-Cross Appellant,*

v.

HT WINDOW FASHIONS CORP.,
*Defendant-Appellant*

---

2010-1336, -1356

---

Appeal from the United States District Court for the Western District of Pennsylvania in No. 07-CV-0251, Chief Judge Gary L. Lancaster.

---

## JUDGMENT

---

FREDERICK L. WHITMER, Kilpatrick Stockton, LLP, of New York, New York, argued for plaintiff-cross appellant. Of counsel on the brief were LYNN J. ALSTADT and RALPH G. FISCHER, Buchanan Ingersoll & Rooney, PC, of Pittsburgh, Pennsylvania.

ARNE M OLSON, Olson & Cepuritis, Ltd, of Chicago, Illinois, argued for defendant-appellant. With him on the brief were DAVID I ROCHE, Baker & McKenzie, LLP, of Chicago, Illinois. Of counsel on the brief were JOSEPH M KUO and MATTHEW D KELLAM, Olson & Cepuritis, LTD, of Chicago, Illinois

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED

PER CURIAM (GAJARSA, MAYER, and O'Malley, *Circuit Judges*)

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 6, 2011
Date

Jan Horbaly
Clerk

**ISSUED AS A MANDATE:** MAY 1 3 2011

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR -6 2011

JAN HORBALY
CLERK